IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES RUSSELL GARRETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCANA ENERGY MARKETING, INC.,<br><br>Defendant. | Civil Action No.<br><br>1:15-cv-03881-RWS |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff James Russell Garrett and Defendant SCANA Energy Marketing, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that Plaintiff's individual claims be dismissed with prejudice from the above-captioned civil action and the claims of the putative class members dismissed without prejudice.

Respectfully submitted,

| JAMES RUSSELL GARRETT | SCANA ENERGY MARKETING, INC. |
|---|---|
| By: /s/ Justin T. Holcombe<br>Justin T. Holcombe<br>Georgia Bar No. 552100<br>SKAAR & FEAGLE, LLP<br>jholcombe@skaarandfeagle.com<br>133 Mirramont Lake Drive<br>Woodstock, GA 30189<br>Telephone: (770) 427-5600<br>Facsimile: (404) 601-1855<br><br>*Attorney for Plaintiff*<br>*James Russell Garrett* | By: /s/ Barry Goheen<br>Barry Goheen<br>Georgia Bar No. 299203<br>KING & SPALDING LLP<br>bgoheen@kslaw.com<br>1180 Peachtree Street N.E.<br>Atlanta, GA 30309-3521<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br><br>*Attorney for Defendant,*<br>*SCANA Energy Marketing, Inc.* |